THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 George Ramantanin, Appellant.
 
 
 

Appeal From Spartanburg County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-178
Submitted April 2, 2007  Filed April 17, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  George Ramantanin appeals his guilty plea for distribution of cocaine and his sentence of ten years imprisonment.  Ramantanins counsel argues the plea court failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  Also, Ramantanin has filed a pro se brief in which he contends his guilty plea did not comply with Boykin and the guilty plea should be vacated because the plea court made coercive statements and improperly participated in the plea negotiations.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Ramantanins appeal and grant counsels motion to be relieved.    
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.